Opinion issued January 21, 2021



In The

# Court of Appeals

For The

## First District of Texas

————————————————

### NO. 01-20-00629-CV

————————————————

## IN THE INTEREST OF J.M.R., A MINOR

---

### On Appeal from the 313th District Court
### Harris County, Texas
### Trial Court Case No. 2018-03432J

---

## MEMORANDUM OPINION

Appellant, Gregory Phillips, Jr., filed a motion to dismiss the present appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Although the motion does not include a certificate of conference, more than ten days have passed since its filing, and no party filed an opposition. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.